AO 455(Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

FLORENTINO DIAZ-GONZALEZ

**WAIVER OF INDICTMENT**

08CR579-DMS

CASE NUMBER: 08MJ8103

I, FLORENTINO DIAZ-GONZALEZ, the above named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/28/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Florentino Diaz Gonzalez
Defendant

D Rego
Counsel for Defendant

Before
Judicial Officer

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY