**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3716
sara_peloquin@fd.org

Attorneys for Mr. Diaz-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLORENTINO DIAZ-GONZALEZ,<br><br>Defendant. | Case No.08CR0579-DMS<br><br>**JOINT MOTION TO CONTINUE <u>CHANGE OF PLEA</u>** |

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Diaz-Gonzalez' change of plea hearing, scheduled for March 18, 2008 at 9:30 a.m. be continued to March 25, 2008 at 9:30 a.m, or such other time that is convenient to the Court.

Dated: March 6, 2008

*/s/ Sara M. Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Diaz-Gonzalez

Dated: March 6, 2008

*/s/ Carla Bressler*
**CARLA BRESSLER**
Assistant United States Attorney