UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLORENTINO DIAZ-GONZALEZ,<br><br>Defendant. | Case No. 08CR0579-DMS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Carla Bressler, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: March 6, 2008

*s/Sara M. Peloquin*

**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
E-mail:sara_peloquin@fd.org