UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FLORENTINO DIAZ-GONZALEZ,<br>Defendant. | Case No.: 08CR0579-DMS<br><br>**ORDER CONTINUING CHANGE OF PLEA** |

**IT IS HEREBY ORDERED** that the change of plea hearing scheduled for March 18, 2008 at 9:30 a.m. is continued to March 25, 2008 at 9:30 a.m.

**SO ORDERED.**

Dated: March 6, 2008

**HONORABLE LEO S. PAPAS**
United States Magistrate Judge